UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN RATAJ,

    Plaintiff,                                          Civil Action No. 13-CV-14836

v.                                                  HON. BERNARD A. FRIEDMAN

CYNTHIA LANE, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTIONS TO REHEAR COMPLAINT AND FOR APPOINTMENT OF COUNSEL

This matter is presently before the Court on plaintiff's motion for rehearing [docket entry 10] of the Court's order dismissing the complaint and plaintiff's motion for appointment of counsel [docket entry 11]. In his complaint, Plaintiff challenged his state criminal proceedings and parental rights proceedings and sued a St. Clair County Circuit Court Judge, St. Clair County, three St. Clair County prosecutors, and the Michigan Department of Corrections. The Court dismissed the complaint because defendants are immune from suit.

Plaintiff's motions are denied. A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); E.D. Mich. LR 7.1(h)(3). Plaintiff raises such issues in his motion for rehearing. The Court properly dismissed the complaint for the reasons stated in the opinion. For the same reason, this is not a proper case for the appointment of counsel.

    SO ORDERED.


                                                                 S/ Bernard A. Friedman__
Dated: February 3, 2014                            BERNARD A. FRIEDMAN
     Detroit, Michigan                       UNITED STATES DISTRICT JUDGE